FILED
2010 JUN -9 PM 3:54
KENNETH JORDAN CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

10-56847 JEH

Certificate Number: 12459-OHS-CC-011222243

12459-OHS-CC-011222243

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 7, 2010</u>, at <u>9:02</u> o'clock <u>AM PDT</u>, <u>Mark Jones</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>June 7, 2010</u>     By:    <u>/s/Laura M Ahart</u>

Name:  <u>Laura M Ahart</u>

Title:  <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Paperless Pay | My Other Sites    My Other Solutions    Hide Screen    MARK A JONES | My Account | Log Out

Alerts and Settings | Help | June 08, 2010

**Adecco**

better work, better life

Main Menu    PayStubs    More

PayStubs

**Pay History**    PayStub Details

To change the results in the table below, enter a new date range. The date range cannot exceed twelve months (example 01/01/2009 to 12/31/2009).
No PayStubs were selected to Print. Please select a PayStub by checking the checkbox and then click on Print button.

Date Range: 04/9/2010    to    06/04/2010    Enter    Reset    Print

| Pay Date | Pay Type | Total Earnings | Net Pay | Print |
|---|---|---|---|---|
| 06/04/2010 | Regular | $512.00 | $423.21 | ☐ |
| 05/28/2010 | Regular | $807.61 | $638.90 | ☐ |
| 05/21/2010 | Regular | $620.00 | $503.01 | ☐ |
| 05/14/2010 | Regular | $720.00 | $575.53 | ☐ |
| 05/07/2010 | Regular | $636.00 | $514.60 | ☐ |
| 04/30/2010 | Regular | $616.00 | $500.11 | ☐ |
| 04/23/2010 | Regular | $640.00 | $517.51 | ☐ |
| 04/16/2010 | Regular | $629.97 | $510.22 | ☐ |
| 04/09/2010 | Regular | $717.86 | $573.98 | ☐ |
| 04/02/2010 | Regular | $800.67 | $633.91 | ☐ |
| 03/26/2010 | Regular | $628.00 | $508.81 | ☐ |
| 03/19/2010 | Regular | $759.90 | $604.46 | ☐ |

**Alerts**
Get e-mail notifications when a change occurs to your account.

**Personal Information**
Is your personal information up-todate?

**Printing your PayStubs**
You can check more than one box to print multiple PayStubs at a time. You need to print your selected PayStubs before moving to the next page of the table or your selections will be cleared.

Copyright © 2009 TALX Corporation All rights reserved.

Hide Screen    Privacy Policy | Terms and Conditions