# United States Bankruptcy Court
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215–2414

In Re: Mark Andrew Jones

        Debtor(s)

SSN/TAX ID:
    xxx–xx–3417

Case No.: 2:10–bk–56847

Chapter: 7

Judge: John E. Hoffman Jr.

## Notice of Deficient Filing,
## Order Setting 14 Day Deadline for Compliance
## or Presentation to Bankruptcy Judge

The above–captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 342(b), 521(a)(1), Fed. R. Bankr. P. 1007 and 2016, and/or Local Bankruptcy Rules 1007, 1015, and 5005–4. The missing documents are:

- ☐ Attorney's Certification Regarding Notice to Debtor required by 11 USC sec. 342(b)
- ☐ Bankruptcy Petition Preparer's Certification Regarding Notice to Debtor(Form 19B) required by 11 USC sec. 342(b)
- ☐ Debtor's Certification Regarding Receipt of Notice required by 11 USC sec. 342(b)
- ☐ Schedules of Assets and Liabilities:
   (Schedules(s) missing)
- ☐ Summary of Schedules (Form 6)
- ☐ Statistical Summary of Schedules (Form 6 – Page2)
- ☐ Statement of Current Monthly Income (Form B22)
- ☐ Statement of Financial Affairs

- ☐ 20 Largest Unsecured Creditors
- ☐ Attorney Disclosure Statement
- ☐ Attorney Signature Page 3
- ☐ Bankruptcy Petition Preparer Signature (Form 19A)
- ☐ Corporate Resolution
- ☐ Exhibit D:  ☐ Individual Debtor;  ☐ Debtor Husband;  ☐ Debtor Wife
- ☑ Credit Briefing Certification for:  ☑ Individual Debtor;  ☐ Debtor Husband;  ☐ Debtor Wife;  ☐ Both Joint Debtors
- ☐ Certification of Exigent Circumstances pursuant to 11 USC sec. 109(h)(3)
- ☐ Motion for Determination of Exigent Circumstances
- ☐ Motion for Determination with Regard to Credit Counseling Briefing Requirement
- ☐ Form 1015–2 – Statement of Related or Companion Cases
- ☑ Form 21 – Statement of Social Security Number(s)

    The deadline for filing the required document(s) is **FOURTEEN (14)** days from the date of the filing of the petition. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for immediate dismissal or sanctions.

**IT IS SO ORDERED.**

Dated: June 8, 2010

                                                  **/s/ BY THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0648-2        User: robertsd         Page 1 of 1              Date Rcvd: Jun 08, 2010
Case: 10-56847              Form ID: a0n15sch      Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 10, 2010.
```
db              Mark Andrew Jones,   138 S Mill St,   Milford Center, OH  43045
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2010**                         Signature:  _Joseph Speetjens_