# United States Bankruptcy Court

## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Mark Andrew Jones

           Debtor(s)

SSN/TAX ID:
      xxx−xx−3417

Case No.: 2:10−bk−56847

Chapter: 7

Judge: John E. Hoffman Jr.

## Notice of Overdue Installment Payment

    On 7/15/2010, an Order Approving Payment of Filing Fees in Installments was entered in this case. After a review of the case, it appears that the payment scheduled to be made on 8/06/2010, has not been remitted.

    Notice is hereby given that, if this outstanding payment is not received by the Clerk's Office on or before August 24, 2010 your case will be dismissed.

Dated: August 10, 2010

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court