B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
# Southern District of Ohio

IN RE: **Jones, Mark Andrew**
Debtor(s)

Case No. **2:10-bk-56847**
Chapter **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, **Mark Andrew Jones**, the debtor in the above-styled case, hereby certify
 (Printed Name of Debtor)
that on **September 10, 2010** *(Date)*, I completed an instructional course in personal financial management provided by

**Academy of Financial Literacy**, an approved personal financial management provider.
 (Name of Provider)

Certificate No. *(if any)*: **11557-OHS-DE-012287269**

☐ I, _____, the debtor in the above-styled case, hereby certify
 (Printed Name of Debtor)
that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **/s/ Mark Andrew Jones**

Date: **September 10, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 11557-OHS-DE-012287269

Bankruptcy Case Number: 10-56847


11557-OHS-DE-012287269

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2010, at 10:25 o'clock AM MDT, Mark Jones completed a course on personal financial management given by internet by Academy of Financial Literacy, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: September 10, 2010          By: /s/Phillip Eugene Day

                                  Name: Phillip Eugene Day

                                  Title: Owner